DALIAN SHANHAI SEAFOOD CO., LTD., a foreign corporation, Plaintiff–Appellee,

v.

HONG CHANG CORPORATION, a California corporation, Defendant–Appellant.

No. 08–55088.

United States Court of Appeals, Ninth Circuit.

Submitted April 14, 2009.*

Filed April 30, 2009.

John Jingsheng Ma, Esquire, South Pasadena, CA, for Plaintiff–Appellee.

Stephen L. Bucklin, Esquire, Sandler Travis Rosenberg Glad & Ferguson, West Hills, CA, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, PREGERSON, Circuit Judge, and MILLS, District Judge.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* The Honorable Richard Mills, United States District Judge for the Central District of Illinois, sitting by designation.

**MEMORANDUM** \*\*\*

The district court did not err in rejecting Hong Chang's argument that the first arbitrator's dismissal for lack of jurisdiction barred the award in favor of Dalian Shanhai following the second arbitration proceeding. Pursuant to Article 6 of the China International Economic and Trade Arbitration Commission Rules, the first arbitrator was entitled to determine its jurisdiction and thus did not reach the merits of the dispute. Hong Chang does not raise any legitimate grounds, pursuant to Article V of the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, *see* 25 U.S.T. 2517, for refusing to recognize the second arbitrator's award. Thus, the district court committed no error in confirming the award. *See* 9 U.S.C. § 207.

**AFFIRMED.**

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.